28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED
OCT 04 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| OLGA LYDIA OLIVARES | § § | |
| VS. | § | CIVIL ACTION NO. B-97-132 |
| UNION PACIFIC RAILROAD CO. | § § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**OCTOBER 8, 1999 AT 3:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 30, 1999

TO:     MR. WARREN EDDINGTON
        MR. TONY RODRIGUEZ
        MR. EDUARDO RODRIGUEZ
        MR. JOE ESQUIVEL, JR.