30

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

DEC 1 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| OLGA LYDIA OLIVARES | § § | |
| VS. | § | CIVIL ACTION NO. B-97-132 |
| UNION PACIFIC RAILROAD CO. | § § | |

TYPE OF CASE:   __X__ CIVIL         ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
WILL NOT BE HELD TELEPHONICALLY

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**DECEMBER 21, 1999 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   DECEMBER 9, 1999

TO:   MR. WARREN EDDINGTON
      MR. TONY RODRIGUEZ
      MR. EDUARDO RODRIGUEZ
      MR. JOE ESQUIVEL, JR.