33

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 17 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| OLGA LYDIA OLIVARES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-132 |
| | § | |
| UNION PACIFIC RAILROAD COMPANY | § | |

## ORDER APPOINTING GUARDIAN AD LITEM

The Court, having been advised that all matters in controversy between the parties have been settled and further being advised Uvaldo Encinia, III, is a minor, is of the opinion that there is a necessity to appoint a guardian ad litem to represent his interests.

IT IS ACCORDINGLY ORDERED that The Hon. Frank Costilla, a member of the bar of this Court be appointed guardian ad litem to represent the interests of Uvaldo Encinia, III. Minor.

DONE in Brownsville, Texas, this 15th day of December 1999.

John Wm. Black
United States Magistrate Judge