34

United States District Court
Southern District of Texas
ENTERED

JAN 03 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| OLGA LYDIA OLIVARES § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-132 |
| § | |
| UNION PACIFIC RAILROAD § | |
| COMPANY § | |

## FINAL JUDGMENT

BE IT REMEMBERED, that on this, the 21st day of December, 1999, in the above-styled and numbered cause, came the Plaintiff, OLGA MUNOZ, formerly known as OLGA LYDIA OLIVARES, Individually and As Next Friend of UVALDO ENCINIA, III, a Minor, by and through her attorney, and came the Defendant UNION PACIFIC RAILROAD COMPANY, by and through its attorneys, and announced, subject to the approval of the Court, that all matters in controversy herein had been compromised and settled by an agreement between them upon the terms below set out.

The Court having been previously advised that such had been settled, the Court then appointed Frank Costilla, a licensed practicing attorney and a member of the bar of this Court, to act as Guardian Ad Litem for the minor child, to inquire into and advise the Court as to the reasonableness of such settlement insofar as such minor is concerned. The Guardian Ad Litem, being advised of his appointment prior to this hearing and having had opportunity to investigate and satisfy himself, the Court proceeded to hear evidence on the reasonableness of the settlement agreement, and the Guardian Ad Litem advised the Court that he felt the settlement was fair and reasonable and in the best interest of the minor whose interest he was appointed to protect. Under the terms of such settlement, judgment is to be rendered and payment is to be made by the Defendant, in the total sum of TWENTY-EIGHT THOUSAND FIVE HUNDRED AND NO/100 DOLLARS ($28,500.00) of which TWENTY-SIX THOUSAND SEVEN HUNDRED FORTY-FIVE AND NO/100 DOLLARS ($26,745.00) is to be paid to OLGA MUNOZ, Individually, and RAY MARCHAN, Attorney; and ONE THOUSAND SEVEN HUNDRED FIFTY-FIVE AND NO/100 DOLLARS ($1,755.00) is to be paid to The Registry of the Court, in the name of UVALDO ENCINIA, III, a Minor, for the use and benefit of such minor. Additionally, an amount of FIVE HUNDRED AND NO/100 DOLLARS ($500.00) is to be paid to The Registry of the Court in the name of Uvaldo Encinia, III, Minor, for the use and benefit of such minor. Such amount reflects a contribution or a waiver of the Guardian Ad Litem fees.

After hearing and considering the evidence adduced, it appears to the Court and the Court finds 1) that this cause is brought by OLGA LYDIA OLIVARES, Individually, and As Next Friend of UVALDO ENCINIA, III, a Minor, to recover for personal injuries allegedly sustained in an incident which occurred on or about November 9, 1996, near Brownsville, Texas; 2) that there is a bona fide controversy between the parties as to whether such accident was due to the acts or omissions of the Defendant, UNION PACIFIC RAILROAD COMPANY, and the Defendant, by settling, does not in any way agree or acknowledge that it is negligent or liable in any way; 3) that, on the contrary, it is recognized by the Plaintiffs that liability is doubtful, but, due to the uncertainty of litigation, this settlement was reached; 4) that there is sufficient and valuable consideration for all Plaintiffs to the lawsuit, and 5) that this settlement is fair and reasonable and in the best interest of the minor Plaintiff herein, and such settlement should be adopted and entered as the Judgment of the Court.

The Court has heretofore appointed Frank Costilla, a licensed practicing attorney for Cameron County, Texas, as Guardian Ad Litem to represent the interest of the Minor Plaintiff, UVALDO ENCINIA, III, and the said Guardian Ad Litem of said Minor Plaintiff, having been apprised of all matters of fact concerning the controversies and agreements and settlements thereof, and the agreements having been made known to the Court, and having been apprised of the facts and circumstances, the Court thereupon called for evidence touching upon such compromises, settlements and agreements; and it was announced that said compromise settlements were being made on doubtful and disputed claims, as well as the full nature and extent of all damages sustained, and the Guardian Ad Litem appointed herein, informing the Court that such agreements of settlement are in the best interest of the Minor child, UVALDO ENCINIA, III, and recommending such settlement be accepted and approved by the Court, and the Court considering that the terms of the settlement agreements are in all respects reasonable, the Court does hereby approve the same and enter its Judgment based on such evidence as herein spelled out.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED by the Court as follows:

1. The Plaintiff, OLGA MUNOZ, formerly known as OLGA LYDIA OLIVARES, Individually, and As Next Friend of UVALDO ENCINIA, III, a Minor, should have and recover from the Defendant, UNION PACIFIC RAILROAD COMPANY, the total sum of TWENTY-EIGHT THOUSAND FIVE HUNDRED AND NO/100 DOLLARS ($28,500.00) of which TWENTY-SIX THOUSAND SEVEN HUNDRED FORTY-FIVE AND NO/100 DOLLARS ($26,745.00) is to be paid to OLGA MUNOZ, Individually, and RAY MARCHAN, Attorney; and ONE THOUSAND SEVEN HUNDRED FIFTY-FIVE

AND NO/100 DOLLARS ($1,755.00) is to be paid to The Registry of the Court, in the name of UVALDO ENCINIA, III, a Minor.

2. That all outstanding medical, hospital and other expenses, including Medicare and Medicaid liens, other liens and subrogation interests of any nature and character whatsoever incurred by OLGA MUNOZ, formerly known as OLGA LYDIA OLIVARES, or the minor arising from the described acts made the basis of this lawsuit be paid from the settlement funds. Further, that OLGA MUNOZ should furnish evidence to the released party of the payment in full of all bills and expenses described above within sixty (60) days of the signing of this judgment.

3. That the parties go forward with each party paying their own costs.

4. The Court additionally orders Defendants, UNION PACIFIC RAILROAD COMPANY, pay an additional FIVE HUNDRED and NO/100 DOLLARS ($500.00) to The Registry of the Court in the name of Uvaldo Encinia, III, Minor, for his use and benefit, after all documents are executed and returned in duplicate to Defendant's attorneys. Such amount reflects the waiver of Guardian Ad Litem fees, by Frank Costilla.

5. Any and all relief prayed for by any party to this suit and not specifically awarded is hereby in all things denied.

SIGNED AND ENTERED this 21st day of December, 1999.

APPROVED AS TO FORM ONLY:

_____
HELEN OCHOA DELGADILLO
RAY R. MARCHAN
Federal I.D. No. 9522
ATTORNEY FOR PLAINTIFFS
OLGA LYDIA OLIVARES and
UVALDO ENCINIA, III, a Minor

_____
FRANK COSTILLA
Federal I.D. No. 1509
GUARDIAN AD LITEM for
UVALDO ENCINIA, III, Minor

_____
JOSEPH A (TONY) RODRIGUEZ
Federal I.D. No. 10107
Attorney for Defendant,
UNION PACIFIC RAILROAD COMPANY

MOPAC/Olivares                    Final Judgment
                                                    Page 3

_____
PRESIDING JUDGE

cc: R. Marchan
    J. Rodriguez
    F. Costillo