36

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **OLGA LYDIA OLIVARES** | § § | |
| **VS.** | § § | **CIVIL ACTION NO.** |
| | § | **B-97-132** |
| **UNION PACIFIC RAILROAD COMPANY** | § § § | |

### ORDER GRANTING SUBSTITUTION OF COUNSEL
### FOR PURPOSES OF STATUS CONFERENCE ONLY

On this day, came on to be considered the Motion of Helen Ochoa Delgadillo to be substituted as plaintiffs counsel for purposes of the status conference only and it appearing to the Court that such motion should be granted;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that said Motion be and it is hereby granted and that Helen Ochoa Delgadillo shall be allowed to be substituted as counsel for Plaintiffs for purposes of the status conference only.

Signed this the 21ST day of December, 1999.

_____
JUDGE PRESIDING